

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00066-CR
No. 02-21-00067-CR
No. 02-21-00068-CR

_____

EX PARTE ROSS CLACK

---

On Appeal from the 211th District Court
Denton County, Texas
Trial Court Nos. F21-1256-211, F21-1257-211, F21-1258-211

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 19, 2021